IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY ANNE CLARK, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 12-6174 |
| PROGRESSIVE ADVANCED | : | |
| INSURANCE COMPANY | : | |

## ORDER

AND NOW, this 26th day of April, 2013, the "Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)" (doc. no. 4) filed by Progressive Advanced Insurance Company is granted, and Count II of plaintiffs' complaint is dismissed without prejudice.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.